**NEW LONDON COUNTY, MARCH TERM, A. D. 1793.**

### ABEL V. ABEL.

A traverse of the plaintiff's title not such a plea of title as will
take the action from a justice.

ACTION for a trespass committed upon land, brought be-
fore a justice, declaring that for more than four years before
the doing of the facts complained of, he was seized and pos-
sessed of the land and place where, etc.

The defendant plead — That for more than one year be-
fore said trespass was said to have been committed, he was
actually and peaceably possessed of the land and place where
said facts were done, and that the plaintiff ought to be barred

without that, that the plaintiff for more than four years before the doing of the facts complained of was seized and possessed in manner and form as alleged in his declaration.

Upon which said justice took a bond, and handed said cause over to the County Court, upon the idea that the title was to be tried, and from the County Court said cause was appealed to this court; and now the plaintiff moved that said cause be erased, as the defendant had set up no title in his plea that he relied upon, and had only averred a one year's possession, as inducement to his traverse of the plaintiff's title.

Judgment — That the cause was not regularly before the court, and accordingly was erased from the docket. The statute evidently contemplates such a plea as will put the defendant's title directly in issue. This plea amounts to no more than the general issue, that the defendant is not guilty.